

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00285-CV

| | | |
|---|---|---|
| GEORGE TOUPONSE, Appellant | § | On Appeal from the 324th District Court |
| v. | § | of Tarrant County (324-654417-19) |
| | § | July 1, 2021 |
| SUSAN TOUPONSE, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that grants the parties a divorce. We reverse the trial court's community-property division and remand the entire community estate for a new division.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker